

ORIGINAL

FILED

07/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 11-0244

# IN THE SUPREME COURT OF THE STATE OF MONTANA

### AF 11-0244

IN RE RULES FOR ADMISSION
TO THE BAR OF MONTANA

O R D E R

FILED

JUL 17 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On June 17, 2020, the Court adopted Temporary Rules for Admission to the Bar of Montana.

The Court now proposes to amend Section F(2) to remove the requirement for a supervising lawyer to be personally present during proceedings in which a defendant has the right to counsel. We have determined that the bench and bar of the State of Montana should be provided an opportunity to comment thereon.

The proposed change is as follows:

**F. Authorized Scope of Practice**
Subject to the limitations described *infra*, a person provisionally admitted to the Montana Bar may appear in courts of record, administrative tribunals, arbitration hearings, and other judicial and quasi-judicial proceedings in all civil and criminal matters.

1. In civil cases in any court or tribunal, the person on whose behalf an appearance is being made must consent to the supervising attorney's absence.

2. In any criminal matter ~~in which the defendant does not have the right to counsel under a constitutional provision, statute, or rule of this court, the supervising attorney is not required to be personally present in court. However, if the defendant has the right to counsel~~, the ~~supervising~~ <u>provisionally admitted</u> lawyer must ~~be personally present throughout the proceedings~~ <u>comply with the disclosure requirements of Section E(3) and must orally advise the court at each appearance that he or she is certified to appear pursuant to this rule.</u>

IT IS ORDERED that all members of the bench and bar of Montana and any other interested persons are granted 14 days from the date of this Order in which to file with the Clerk of this Court appropriate comments and/or suggestions to the proposed amendment to the rule as indicated above.

IT IS FURTHER ORDERED that this Order shall be posted on the websites of the Montana Supreme Court and the State Bar of Montana. The State Bar of Montana is further requested to give notice of this Order in the next available issue of the *Montana Lawyer*.

IT IS FURTHER ORDERED that the Clerk of this Court shall provide to each District Court Judge, each Clerk of the District Court, the Montana State Law Library, and the State Bar of Montana a copy of this Order with a request that each Clerk of the District Court make the Order available for public review in the Office of the Clerk of the District Court.

Dated this 17 day of July, 2020.

For the Court,

By _____
        Chief Justice